# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LIBERTY MEDIA HOLDINGS, LLC** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:11-CV-11789-WGY |
| **RYAN FRAGA** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Ryan Fraga
>19 Cortes Street, Apt. 10
>Boston, Massachusetts 02116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

>Aaron Silverstein - Saunders & Silverstein LLP
>14 Cedar Street, Suite 224
>Amesbury, Massachusetts 01913-1831

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**

*CLERK OF COURT*

/s/ -- Clarilde M Geraldino-Karasek

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2011-10-11 12:16:28.0, Clerk USDC DMA

Civil Action No.: 1:11-CV-11789-WGY

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) RYAN FRAGA

was received by me on (date) 10/12/11

I personally served the summons on the individual at (place) 320 CORTES STREET, APT 10 BOSTON, MA 02116 along with Exhibits 1&2 on (date) 10/24/11 @ 8:15AM. or

I left the summons at the individuals residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

0 I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____, or

I returned the summons unexecuted because _____ , or

0, Other (specify)

My fees are $ 20.00 for travel and $ 35.00 for services, for a total of $ 55.00

I declare under penalty of perjury that this information is true.

10/24/11
Date

Server's Signature

BURTON MALKOFSKY CONSTABLE
*Printed name and title*

CONSTABLE'S OFFICE BOX 781, BURLINGTON, MA 01803
*Server's Address*

Additional information regarding attempted service, etc: