UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN FRAGA,<br><br>    Defendant. | Civil Action No. 11-cv-11789-WGY<br><br>**PLAINTIFF LIBERTY MEDIA HOLDINGS, LLC'S REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Liberty Media Holdings, LLC ("Liberty") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Ryan Fraga on the ground that said defendant has failed to appear or otherwise respond to Liberty's Complaint and Summons in this matter within the time prescribed by the Federal Rules of Civil Procedure. Liberty Media served its Complaint and Summons in this matter on October 24, 2011, as evidenced by the proof of service of Summons and Complaint on file with this Court.

The above stated facts are set forth in the accompanying Declaration of Aaron Y. Silverstein filed herewith.

| | |
|---|---|
| Dated: November 15, 2011 | Respectfully submitted,<br><br>LIBERTY MEDIA HOLDINGS, LLC<br><br>By its attorneys,<br><br>/s/ Aaron Silverstein<br>Aaron Silverstein, Esq.<br>(BBO #660716) |

SAUNDERS & SILVERSTEIN LLP<br>
14 Cedar Street, Suite 224<br>
Amesbury, MA 01913<br>
P: 978-463-9100<br>
F: 978-463-9109<br>
E: asilverstein@massiplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 15, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. A copy of the foregoing document has been sent via first-class mail to defendant at the following address:

> Ryan Fraga
> 19 Cortes Street, Apt. 10
> Boston, MA 02116

/s/ Aaron Silverstein
Aaron Silverstein