# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN FRAGA,<br><br>Defendant. | Civil Action No. 11-cv-11789-WGY<br><br>**DECLARATION OF AARON Y. SILVERSTEIN IN SUPPORT OF PLAINTIFF LIBERTY MEDIA HOLDINGS LLC'S REQUEST TO ENTER DEFAULT** |

I, Aaron Y. Silverstein, declare as follows:

1. I am an attorney licensed to practice in Massachusetts and before this Court. I am a partner of Saunders & Silverstein, LLP and counsel for Liberty Media Holdings, LLC ("Liberty") in this matter. I submit this declaration in support of Liberty's Request to Enter Default. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Liberty's Complaint against the defendant for Copyright Infringement and Contributory Copyright Infringement arising under 17 U.S.C. § 501. The Complaint was served on the Defendant on October 24, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of the Summons, also served on the Defendant on October 24, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the Proof of Service of Summons and Complaint on the defendant, dated October 24, 2011.

5. Under Rule 12 of the Federal Rules of Civil Procedure, the defendant was required to respond, answer or otherwise plead to Liberty's Complaint by November 14, 2011. Neither the defendant, nor anyone claiming to represent the defendant, has contacted anyone at Saunders & Silverstein LLP to request an extension to respond to Liberty's Complaint.

6. As of November 15, 2011, the defendant has not served Saunders & Silverstein LLP with a response, answer or pleading to Liberty's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of November, 2011 at Amesbury, Massachusetts.

Aaron Y. Silverstein
Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that November 15, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. A copy of the foregoing document has been sent via first-class mail to defendant at the following address:

>Ryan Fraga
>19 Cortes Street, Apt. 10
>Boston, MA 02116

>/s/ Aaron Silverstein
>Aaron Silverstein