UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:11cv11789-WGY

Liberty Media Holdings, LLC
Plaintiff

v.

Ryan Fraga
Defendant

NOTICE OF DEFAULT

Upon application of the Plaintiff, Liberty Media Holdings, LLC, for an order of Default for failure of the Defendant(s), Ryan Fraga, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant(s) have been defaulted on November 16, 2011.

Sarah A. Thornton,
Clerk

By:   /s/Matthew A. Paine
      Deputy Clerk

Notice mailed to counsel of record and defendants.