UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Liberty Media Holdings, LLC, )<br>　　　　　　Plaintiff　　) <br>v.　　　　　　　　　　　) <br>Ryan Fraga　　　　　　　) <br>　　　　　　　　　　　　) <br>　　　　　Defendant　　) | Civil Action No. 11-cv-11789-WGY |

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Ryan Fraga respectfully requests that this honorable court allow him 45 additional days to seek representation in this matter. Defendant has no prior experience in legal matters and would appreciate the extra time to research options and find suitable counsel.

Respectfully Submitted,

Ryan Fraga
19 Cortes Street Apt 10
Boston, MA 02116

November 29, 2011