CASE # 11-CV-11789

1/23/12

FILED
IN CLERKS OFFICE

2012 JAN 23 P 4:33

US DISTRICT COURT
DISTRICT OF MASS.

I AM REQUESTING ANOTHER SHORT EXTENSION FOR A DEFAULT DATE. I AM ATTEMPTING TO SETTLE THIS CASE WITH THE PLAINTIFF OUTSIDE OF COURT. I HAVE ATTEMPTED TO CONTACT THE COUNCEL FOR PLAINTIFF IN WRITING WITH A NUMBER OF REASONS WHY THIS CASE IS NOT VALID. I HAVE NOT RECIEVED ANY CONTACT BACK FROM HIM.

I WOULD LIKE A WEEK OR SO TO TALK TO THE ATTOURNEY TO SEE IF HE IS IN AGREEMENT WITH THE INVALIDITY BASED ON THE EXAMPLES I PROVIDED IN THE LETTER I SENT HIM.

SINCERELY

Ryan Fraga
RYAN FRAGA