FAQ   SUPPORT   CONTACT



0 item(s): $0

      



DVDS   BOOKS & CALENDARS   PHOTO ART   APPAREL   EXTRAS   SPECIALS   VIEW ALL

### Down on the Farm DVD



**RETAIL PRICE:** $69.95 (USD)
**SALE PRICE:** $59.95 (USD)
**CF MEMBER PRICE:** $54.95 (USD)

ADD TO CART

 **PLAY TRAILER NOW**

In stock and available.

**Ready to get plowed?**

A whole stable of Corbin Fisher studs goes DOWN ON THE FARM for a smokin' photo and video shoot.

Filled with exclusive, no-holds-barred action, and filmed in HD on location deep in the American heartland, this DVD shows what real haystacks. All your favorites; Connor, Dawson, Dru, Elijah, Trey and Travis, head down to the farm to saddle up the horses— and eac

DOWN ON THE FARM is 126 minutes of steer wrestling, bucking broncos and pole-bending – and that's just the indoor action! The D hilarious outtakes and other extras. The scenes are all-new and have never before been released! (And we promise - none of our two were harmed during the making of this film!)

Get ready to ride hard! Quantities are limited for this DVD, so order your copy today so you can see what's growing DOWN ON THE F

NOTICE: Individuals considering purchasing this title should be aware all action scenes were filmed without the use of condoms, and viewing such material before buying.



[Screenshot of browser showing Twitter page at ter.com/#!/CorbinFisher/statuses/18734311142]

**Don't miss any updates from Corbin Fisher**

Get your account on Twitter today to stay up-to-date with what interests you!

Text follow CorbinFisher to 40404 in the United States

**@CorbinFisher**
Corbin Fisher

The new "Down On The Farm" DVD is available for pre-order at http://www.shopcorbinfisher.com/ !

16 Jul 10 via web

Different Title and different Date of Publication than Copyright Registration

18 U.S.C. §2257 Records Keeping Requirements Compliance Statement

**Corbin Fisher** ®

All models depicted herein were at least 18 years old when the depiction was produced. The records required by federal law will be made available by the producer's records custodian at the following location:

2257 Compliance Manager
3969 4th Ave Studio 300
San Diego, CA 92103

The title of this production is:

**"Down on the Farm"**

The date of this production is:

**July 31, 2010**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = DOWN ON THE FARM
Search Results: Displaying 1 through 5 of 5 entries.



Resort results by: [ ▼ ]      [ Set Search Limits ]

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [1] | Down on the Farm -- | Five Minutes With the Blues, et al. | SRu000967097 | 2010 |
| [2] | Down on the Farm -- | Lead sheets and lyrics to all materials. | PAu003461722 | 2010 |
| [3] | Down on the farm / by Greg Scelsa. | Down on the farm / by Greg Scelsa. | V3594D032 | 2010 |
| [4] | Down on the farm. R391422. | Down on the farm. R391422. | V3594D316 | 2010 |
| [5] | Down on the Farm with a Movie Star -- | Glitter, et al. | SRu000952644 | 2010 |

Resort results by: [ ▼ ]      [ Set Search Limits ]

[ Clear Selected ] [ Retain Selected ]



| Save, Print and Email (Help Page) ||
|---|---|
| **Records** | Select Format: Full Record [▼] [ Format for Print/Save ] |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [                ] [ Email ] |

Search for: DOWN ON THE FARM   Search by: Title (omit initial article A, An, The, El, La, Das etc.) [▼]  Item type: None [▼]

25 records per page [▼]       [ Submit ] [ Reset ]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page
| Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi                                       2/4/2012