# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = down on the farm
Search Results: Displaying 1 through 5 of 5 entries.





Resort results by:                                                            Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] | Down on the Farm -- | Five Minutes With the Blues, et al. | SRu000967097 | 2010 |
| [2] | Down on the Farm -- | Lead sheets and lyrics to all materials. | PAu003461722 | 2010 |
| [3] | Down on the farm / by Greg Scelsa. | Down on the farm / by Greg Scelsa. | V3594D032 | 2010 |
| [4] | Down on the farm. R391422. | Down on the farm. R391422. | V3594D316 | 2010 |
| [5] | Down on the Farm with a Movie Star -- | Glitter, et al. | SRu000952644 | 2010 |

Resort results by:                                                            Set Search Limits



| | Save, Print and Email (Help Page) | |
|---|---|---|
| Records | Select Format: | Format for Print/Save |
| All on Page • Selected On Page Selected all Pages | Enter your email address: | Email |

Search for: down on the farm    Search by: Title (omit initial article A, An, The, El, La, Das etc.)    Item type: None
10 records per page                                  Submit   Reset

Help  Search  History  **Titles**  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



