# Copyright

## Public Catalog

Copyright Catalog (1978 to present)
Your search found no results. Refer to search examples, check spelling or try another search type.

**Basic Search**    **Other Search Options**

**Search for:** corbin fisher

**Search by:** Title (omit initial article A, An, The, El, La, Das etc.)   — Author
Keyword
Registration Number (for VAu 598-675 type vau000598675)
Document Number (for V2606 P87 type v2606p087)
Command Keyword

Scroll down for Search Hints

25 records per page

[ Begin Search ]
[ Clear Search ]                                [ Set Search Limits ]

### Search Hints

- Works registered prior to 1978 may be found only in the Copyright Public Records Reading Room.
- Can't find what you're looking for? Try our "Other Search Options".
- Search terms are not case sensitive.
- Search limits can be used with all "Search by:" options.

| Search Type | Hint |
|---|---|
| **Title** | - Omit initial articles (A, An, The, El, La, Das): King and I<br>- Type the entire title, or the first few words of the title, starting with the first word |
| **Name** | - For personal names, type last name first name: Hillerman Tony<br>- For corporate names, type in order: Sony Music Entertainment; Walt Disney Company<br><br>For Claimant names, go to Other Search Options and select "Name: Claimant (KLCN)" from the Search by box. For personal names, type first name last name: James Michener. For corporate names, type in order: Metro Goldwyn Mayer<br><br>For Document names, go to Other Search Options and select either "Docs: Party1 Statement (K291)" or "Docs: Party2 (K292)", or "Docs Party1/2 (KPTY)" from the Search by box. For personal names, type first name last name: Stephen King. For corporate names, type in order: Warner Brother Pictures |
| **Keyword** | - Searches word(s) anywhere in the record<br>- Retrieves records with at least one of your search words<br>- Use + before words that must appear in every record retrieved<br>- Use ! before words that must not appear in any record retrieved<br>- Use ? for truncation: photo? finds photograph, photographic, photographer<br>- Use " to surround exact phrases: "war of the worlds" |