

# Form PA

*Detach and read these instructions before completing this form.
Make sure all applicable spaces have been filled in before you return this form.*

**When to Use This Form:** Use Form PA for registration of published or unpublished works of the performing arts. This class includes works prepared for the purpose of being "performed" directly before an audience or indirectly "by means of any device or process." Works of the performing arts include: (1) musical works, including any accompanying words; (2) dramatic works, including any accompanying music; (3) pantomimes and choreographic works; and (4) motion pictures and other audiovisual works.

**Deposit to Accompany Application:** An application for copyright registration must be accompanied by a deposit consisting of copies or phonorecords representing the entire work for which registration is made. The following are the general deposit requirements as set forth in the statute:

**Unpublished Work:** Deposit one complete copy (or phonorecord).

**Published Work:** Deposit two complete copies (or one phonorecord) of the best edition.

**Work First Published Outside the United States:** Deposit one complete copy (or phonorecord) of the first foreign edition.

**Contribution to a Collective Work:** Deposit one complete copy (or phonorecord) of the best edition of the collective work.

**Motion Pictures:** Deposit *both* of the following: (1) a separate written description of the contents of the motion picture; and (2) for a published work, one complete copy of the best edition of the motion picture; or, for an unpublished work, one complete copy of the motion picture or identifying material. Identifying material may be either an audiorecording of the entire soundtrack or one frame enlargement or similar visual print from each 10-minute segment.

**The Copyright Notice:** Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notice*.

**For Further Information:** To speak to a Copyright Office staff member, call (202) 707-3000. Recorded information is available 24 hours a day. Order forms and other publications from the address in space 9 or call the Forms and Publications Hotline at (202) 707-9100. Access and download circulars, certain forms, and other information from the Copyright Office website at *www.copyright.gov*.

---

**PRIVACY ACT ADVISORY STATEMENT** Required by the Privacy Act of 1974 (P.L. 93-579)
The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C.
The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code.
Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request.
NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

---

*Please type or print using black ink. The form is used to produce the certificate.*

## SPACE 1: Title

**Title of This Work:** Every work submitted for copyright registration must be given a title to identify that particular work. If the copies or phonorecords of the work bear a title (or an identifying phrase that could serve as a title), transcribe that wording *completely* and *exactly* on the application. Indexing of the registration and future identification of the work will depend on the information you give here. If the work you are registering is an entire "collective work" (such as a collection of plays or songs), give the overall title of the collection. If you are registering one or more individual contributions to a collective work, give the title of each contribution, followed by the title of the collection. For an unpublished collection, you may give the titles of the individual works after the collection title.

**Previous or Alternative Titles:** Complete this space if there are any additional titles for the work under which someone searching for the registration might be likely to look, or under which a document pertaining to the work might be recorded.

**Nature of This Work:** Briefly describe the general nature or character of the work being registered for copyright. Examples: "Music"; "Song Lyrics"; "Words and Music"; "Drama"; "Musical Play"; "Choreography"; "Pantomime"; "Motion Picture"; "Audiovisual Work."

## SPACE 2: Author(s)

**General Instructions:** After reading these instructions, decide who are the "authors" of this work for copyright purposes. Then, unless the work is a "collective work," give the requested information about every "author" who contributed any appreciable amount of copyrightable matter to this version of the work. If you need further space, request additional Continuation Sheets. In the case of a collective work such as a songbook or a collection of plays, give information about the author of the collective work as a whole.

**Name of Author:** The fullest form of the author's name should be given. Unless the work was "made for hire," the individual who actually created the work is its "author." In the case of a work made for hire, the statute provides that "the employer or other person for whom the work was prepared is considered the author."

**What Is a "Work Made for Hire"?** A "work made for hire" is defined as: (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire." If you have checked "Yes" to indicate that the work was "made for hire," you must give the full legal name of the employer (or other person for whom the work was prepared). You may also include the name of the employee along with the name of the employer (for example: "Elster Music Co., employer for hire of John Ferguson").

**"Anonymous" or "Pseudonymous" Work:** An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name. If the work is "anonymous" you may: (1) leave the line blank; or (2) state "anonymous" on the line; or (3) reveal the author's identity. If the work is "pseudonymous" you may: (1) leave the line blank; or (2) give the pseudonym and identify it as such (example: "Huntley Haverstock, pseudonym"); or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example: "Judith Barton, whose pseudonym is Madeline Elster"). However, the citizenship or domicile of the author *must* be given in all cases.

**Dates of Birth and Death:** If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional, but is useful as a form of identification. Leave this space blank if the author's contribution was a "work made for hire."

**Author's Nationality or Domicile:** Give the country of which the author is a citizen, or the country in which the author is domiciled. Nationality or domicile *must* be given in all cases.

**Nature of Authorship:** Give a brief general statement of the nature of this particular author's contribution to the work. Examples: "Words"; "Coauthor of Music"; "Words and Music"; "Arrangement"; "Coauthor of Book and Lyrics"; "Dramatization"; "Screen Play"; "Compilation and English Translation"; "Editorial Revisions."