WebVoyage Record View 1 Case 1:11-cv-11789-WGY Document 19-4 Filed 02/17/12 Page 1 of 3 Page 1 of 1

# Copyright

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (corbin AND fisher's AND amateur AND college AND men AND 3 AND ways) [in Title (TKEY)]
Search Results: Displaying 1 of 1 entries

previous next

***Corbin Fisher's Amateur College Men 3-Ways Volume 1.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001623979 / 2009-03-04
**Application Title:** Corbin Fisher's Amateur College Men 3-Ways Volume 1.
**Title:** Corbin Fisher's Amateur College Men 3-Ways Volume 1.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Liberty Media Holdings, LLC d.b.a. Excelsior Productions. Address: 302 Washington Street, STE 161, San Diego, CA, 92103, United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-02-20
**Nation of First Publication:** United States
**Authorship on Application:** Liberty Media Holdings, LLC d.b.a. Excelsior Productions, employer for hire; Citizenship: United States. Authorship: entire motion picture, Artwork and Design.
**Rights and Permissions:** Marc J. Randazza, Esq, Weston,Garrou,Walters & Mooney, 781 Douglas Ave, Altamonte Springs, FL, 32714, United States, (407) 975-9150, mrandazza@firstamendment.com
**Names:** Liberty Media Holdings, LLC
Excelsior Productions

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

D2

0 item(s): $0.00
DVDS
BOOKS & CALENDARS
PHOTO ART
APPAREL
EXTRAS
SPECIALS
VIEW ALL
VIEW CART
SALE
3-Ways DVD
RETAIL PRICE: $69.95 (USD)
SALE PRICE: $49.95 (USD)
CF MEMBER PRICE:
ADD TO CART
PLAY TRAILER NOW

D3