

# Copyright

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Lucas & Dawson Down Under
Search Results: Displaying 1 of 1 entries





*Lucas & Dawson Down Under: Corbin Fisher.*

          **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001688594 / 2010-03-24
          **Application Title:** Lucas & Dawson Down Under: Corbin Fisher.
          **Title:** Lucas & Dawson Down Under: Corbin Fisher.
          **Description:** Videodisc (DVD)
          **Copyright Claimant:** Liberty Media Holdings, LLC d.b.a. Excelsior Productions. Address: 302 Washington Street, STE 161, San Diego, CA, 92103, United States.
          **Date of Creation:** 2010
          **Date of Publication:** 2010-03-22
          **Nation of First Publication:** United States
          **Authorship on Application:** Liberty Media Holdings, LLC d.b.a. Excelsior Productions, employer for hire; Citizenship: United States. Authorship: entire motion picture, Artwork/Photographs.
          **Rights and Permissions:** Marc J Randazza, Esq, Excelsior Media Corp, 302 Washington Street, STE 321, San Diego, CA, 92103, United States, (888) 267-2462, copyright@excelsiormedia.com
          **Names:** Liberty Media Holdings, LLC
          Excelsior Productions





Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

E2

DVDS

BOOKS & CALENDARS

PHOTO ART

APPAREL

EXTRAS

SPECIALS

VIEW ALL

VIEW CART

view cart   0 item(s): $0.00

LUCAS & DAWSON
DOWN UNDER

## Lucas & Dawson Down Under

**RETAIL PRICE:** $69.95 (USD)
**SALE PRICE:** $59.95 (USD)
**CF MEMBER PRICE:** $54.95 (USD)

ADD TO CART

▼ PLAY TRAILER NOW