## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

_____

LIBERTY MEDIA HOLDINGS,LLC                )
                                          )
            *Plaintiff*,                   )        CIVIL ACTION
                                          )        CASE NO.   1:11-cv-11789
v.                                        )
                                          )        **LEAVE TO FILE GRANTED ON 2/23/2012**
RYAN FRAGA                                )
                                          )
            *Defendant*.                   )
                                          )
_____          )

### ASSENTED TO MOTION FOR CONTINUANCE OF FEBRUARY 24, 2012 SCHEDULING CONFERENCE AND MARCH 1, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS

Defendant's counsel, Timothy Cornell, was retained on this date, February 23, 2012 and requires additional time to review the files and pleadings in the above-captioned case. Furthermore, counsel has already conferred with Plaintiff's counsel, Aaron Silverstein, and counsel both agree that the parties may now confer on a discovery schedule, as required under Rule 16 of the Federal Rules of Civil Procedure, and that a continuance would further the interest of judicial economy because it will likely lead to a narrowing of the issues.

Accordingly, Defendant's counsel respectfully requests continuances for the hearings scheduled for February 24, 2012, a scheduling conference, and for March 1, 2012, a hearing on Defendant's Motion to Dismiss.

Respectfully submitted,

 /s/  Timothy Cornell

Boston, Massachusetts                    Timothy Cornell (BBO#654412)
February 23, 2012                         Perry, Krumsiek & Jack LLP
                                          101 Arch Street
                                          Boston, MA 02110
                                          (617) 720-4300
                                          tcornell@pkjlaw.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I, Timothy Cornell, counsel for the Defendant in the above-captioned matter, certify that on February 23, 2012, I conferred with Plaintiff's counsel, and together we have agreed on the motion submitted above.

Respectfully submitted,

 /s/  Timothy Cornell_____

Boston, Massachusetts         Timothy Cornell (BBO#654412)
February 23, 2012             Perry, Krumsiek & Jack LLP
                            101 Arch Street
                            Boston, MA 02110
                            (617) 720-4300
                            tcornell@pkjlaw.com

## CERTIFICATION OF SERVICE

I, Timothy Cornell, certify that this document filed through the ECF system will be sent electronically to the opposing counsel on the Notice of Electronic Filing.

Respectfully submitted,

 /s/  Timothy Cornell_____

Boston, Massachusetts         Timothy Cornell (BBO#654412)
February 23, 2012             Perry, Krumsiek & Jack LLP
                            101 Arch Street
                            Boston, MA 02110
                            (617) 720-4300
                            tcornell@pkjlaw.com