UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>RYAN FRAGA )<br>)<br>*Defendant*. )<br>) | CIVIL ACTION<br>CASE NO. 1:11-cv-11789<br><br>*March 6, 2012*<br>YOUNG, D.J. */as modified/*<br>So ordered as the case management<br>scheduling order.<br>　Discovery due *Dec. 1, 2012*<br>　Dispositive Motions due *Jan. 2, 2013*<br><br>*William G. Young*<br>U.S. District Judge |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

1. Counsel in the above-captioned action – Aaron Silverstein for the Plaintiff and Timothy Cornell for the Defendant – conferred by telephone on February 29, 2012 to agree upon a schedule for the above-captioned case, pursuant to Local Rule 16.1(D). Accordingly, the parties propose the following discovery plan:

   (a) Initial disclosures to be completed by April 6, 2012

   (b) Interrogatories and requests for production of documents to be completed by July 27, 2012.

   (c) Full and complete expert reports to be exchanged or before the close of business on October 31, 2012.

   (d) All discovery, including depositions, must be completed on or before the close of business on December 7, 2012.

   (e) Orders regarding claims of privilege or of protection as trial-preparation material asserted after production shall be asserted no later than January 11, 2013.

   (f) Counsel shall report for a further conference, on a date to be set by the Court after January 11, 2013.

(g) All supplementations under Rule 26(e) will be completed or before February 8, 2013.

(h) The Court may set a trial date at this conference. Estimated trial length is three days.

**Other Items**

(i) Final date for the parties to amend pleadings or to join parties: December 14, 2012.

(j) Final date to file dispositive motions: ~~February 28~~ Jan 2, 2013.

(k) Prospects for settlement: Parties have discussed this as an initial matter and the prospects are not promising. The parties will not consider mediation.

(l) Final date for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition and exhibit lists: March 16, 2013.

(m) Final date to file objections under Rule 26(a)(3): April 9, 2013.

(n) Suggested trial date: Any date after April 9, 2013.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Aaron Silverstein | /s/ Timothy Cornell |
| Aaron Silverstein | Timothy Cornell |
| Attorney for the Plaintiff | Attorney for the Defendant |
| (BBO #660716) | B.B.O. No. 654412 |
| Saunders & Silverstein LLP | Perry, Krumsiek & Jack, LLP |
| 14 Cedar Street, Suite 224 | 101 Arch Street, 19th Floor |
| Amesbury, MA 01913 | Boston, MA 0211 |
| P: 978-463-9100 | tcornell@pkjlaw.com |
| E: asilverstein@massiplaw.com | (617) 720-4300 |

Dated: March 5, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein