# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>RYAN FRAGA )<br>)<br>*Defendant*. )<br>) | CIVIL ACTION<br>CASE NO.  1:11-cv-11789 |

## MOTION TO WITHDRAW AMENDED COUNTERCLAIM

Defendant Ryan Fraga, through counsel Timothy Cornell, respectfully moves to voluntarily withdraw his Amended Counterclaim (document 25) reserving his option to counter or cross claim when and if such action is appropriate.

                        Respectfully submitted,

                        /s/  Timothy Cornell

Boston, Massachusetts            Timothy Cornell (BBO#654412)
March 6, 2012                       Perry, Krumsiek & Jack LLP
                                              101 Arch Street
                                              Boston, MA 02110
                                              (617) 720-4300
                                              tcornell@pkjlaw.com

## CERTIFICATION OF SERVICE

I, Timothy Cornell, certify that this document filed through the ECF system will be sent electronically to the opposing counsel on the Notice of Electronic Filing.

                            Respectfully submitted,

                            /s/  Timothy Cornell

Boston, Massachusetts            Timothy Cornell (BBO#654412)
March 6, 2012                     Perry, Krumsiek & Jack LLP
                                        101 Arch Street
                                        Boston, MA 02110
                                        (617) 720-4300
                                        tcornell@pkjlaw.com