# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | ) |
| *Plaintiff*, | ) CIVIL ACTION |
|  | ) CASE NO.  1:11-cv-11789 |
| v. | ) |
| RYAN FRAGA | ) |
| *Defendant*. | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7(1)(A)(2)

Counsel for Defendant Ryan Fraga certifies that in accordance with Local Rule 7.1(A)(2), he contacted counsel for the Plaintiff, Aaron Silverstein, via telephone on March 5, 2012 and Silverstein agreed that the Plaintiff will not oppose the Defendant's Motion to Voluntarily Withdraw his Counterclaim.

Respectfully submitted,

/s/  Timothy Cornell_____

Boston, Massachusetts                Timothy Cornell  (BBO#654412)
March 6, 2012                               Perry, Krumsiek & Jack LLP
                                                      101 Arch Street
                                                      Boston, MA 02110

1

## CERTIFICATION OF SERVICE

      I, Timothy Cornell, certify that this document filed through the ECF system will be sent electronically to the opposing counsel on the Notice of Electronic Filing.

                                          Respectfully submitted,

                                          /s/  Timothy Cornell

Boston, Massachusetts              Timothy Cornell (BBO#654412)
March 6, 2012                     Perry, Krumsiek & Jack LLP
                                            101 Arch Street
                                            Boston, MA 02110
                                            (617) 720-4300
                                            tcornell@pkjlaw.com