UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MEDIA HOLDINGS, LLC,

Plaintiff,

v.

RYAN FRAGA,                                             Civil Action No. 11-cv-11789-FDS

Defendant.

### DEFENDANTS MOTION TO PROCEED PRO SE

Defendant, Ryan Fraga, respectfully requests that this honorable court permit him to proceed pro se. Defendant has not received a response from his attorney since sending him a reminder on August 9th that a reply was due on August 10th and asking to see a copy of the motion. Defendant's attorney did not respond and failed to file a reply and Defendant has not heard from his attorney. While Defendant appreciates his attorney working on this case, Defendant initially retained counsel because Judge Young ordered a hearing on Defendant's Motion to Dismiss and Defendant did not feel comfortable arguing in front of an auditorium of law school students. Defendant believes that this motion can be ruled on the filings themselves, and unless the court believes otherwise Fraga respectfully requests that he be permitted to continue pro se.

Respectfully Submitted,

Ryan Fraga