UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2012 AUG 20  P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

LIBERTY MEDIA HOLDINGS, LLC,

Plaintiff

v.

RYAN FRAGA,                                                    Civil Action No. 11-cv-11789-FDS

Defendant

### MOTION TO FILE LATE REPLY TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS

Defendant, proceeding pro se, respectfully requests that this honorable court allow him to file the attached Reply to Plaintiff's Opposition to the Motion to Dismiss. Defendant has been unable to reach his attorney despite being told that a reply was going to be filed. In conjunction with Defendant's request to proceed pro se, Defendant prays that this honorable court permit the late filing as it includes the evidence that Plaintiff complained was not included in the Motion to Dismiss.

Respectfully Submitted,

*[signature]*

Ryan Fraga