## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | ) |
| *Plaintiff*, | ) CIVIL ACTION |
| | ) CASE NO. 1:11-cv-11789(FDS) |
| v. | ) |
| RYAN FRAGA | ) |
| *Defendant*. | ) |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Timothy Cornell, counsel for Defendant Ryan Fraga in the above-captioned matter, is no longer affiliated with Perry, Krumsiek & Jack LLP. Mr. Cornell is now affiliated with the firm of Mueller Law, PLLC, headquartered at 404 West 7th Street, Austin, TX 78701; tel.: (860) 560-8173; fax: (860) 560-8175.

Respectfully submitted,

/s/ Timothy Cornell

Boston, Massachusetts
August 20, 2012

Timothy Cornell (BBO#654412)
404 West 7th Street Austin, TX 78701
(860) 560-8173
tcornell@muellerpierce.com

*For Defendant Ryan Fraga*