## EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RYAN FRAGA, <br><br> Defendant. | Civil Action No. 11-cv-11789-FDS |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c)(1), Plaintiff Liberty Media Holdings, LLC, and Defendant Ryan Fraga hereby stipulate to entry of an order dismissing the above-captioned action with prejudice, each party to bear its own fees and costs. The parties stipulate to this agreement without an admission or inference of wrongdoing on the part of either party.

Page 6 of 7        _R.F._
              LMH            Defendant

Dated: September 5, 2012

Respectfully submitted,

| | |
|---|---|
| Ryan Fraga | Liberty Media Holdings, LLC |
| By his Attorney, | By its Attorneys, |
| /s/ Timothy Cornell | /s/ Aaron Silverstein |
| Timothy Cornell, Esq. | Aaron Silverstein, Esq. |
| (BBO#: 654412) | (BBO #660716) |
| Mueller Law Group PLLC | Saunders & Silverstein LLP |
| 130 Trescott Rd. | 14 Cedar Street, Suite 224 |
| Etna, NH 03750 | Amesbury, MA 01913 |
| Phone: (603) 643-3876 | P: 978-463-9130 |
| Fax: (860) 560-8175 | F: 978-463-9109 |
| tcornell@muellerpierce.com | asilverstein@massiplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein

LMH                    Defendant